# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>PATRICIA PALACIOS,<br><br>　　　　　　　　　　Defendant. | CASE NO. 05CR2203  IEG<br><br>**ORDER GRANTING MOTION TO RECONSIDER; MODIFICATION OF RECOMMENDATION**<br><br>(Doc. No. 79) |

On July 14, 2007, the Court recommended that Patricia Palacios ("defendant") be placed in a Residential Reentry Center ("RRC") (previously known and referred to as a "Community Corrections Center") and directed the Bureau of Prisons to consider the Court's recommendation. (Doc. Nos. 76-78.)

On July 24, 2007, the United States of America moved for reconsideration of the Court's language ordering that BOP consider the Court's recommendation pursuant to 18 U.S.C. § 3621(b)(4)(B). The Bureau of Prisons ("BOP") currently has a regulation limiting community confinement to the last ten percent of the prison sentence being served, not to exceed six months.[1] 28 C.F.R. § 570.21(a). Per the cases cited in the Court's previous Order, other circuits have invalidated this regulation. (Doc. No. 76, at 2-3.) However, for the time being, the regulation

---

[1] Defendant's prison sentence is twenty-four months (with three years of supervised release to follow). Therefore, under the current law, defendant is eligible for less than six months of community confinement.

1 remains the law of the Ninth Circuit. The Court's prior Order did not invalidate the BOP
2 regulation, and, indeed, the Court lacked jurisdiction to do so, as defendant is incarcerated in the
3 Central District of California. See Hernandez v. Campbell, 204 F.3d 861, 864-65 (9th Cir. 2000)
4 (requiring a prisoner to bring a challenge to location of sentence's execution as a § 2241 habeas
5 petition in the custodial court).

6 Where the Court recommends a particular correctional facility, the BOP must consider the
7 recommendation, but is not legally required to adopt it. 18 U.S.C. § 3621(b). Nonetheless, to
8 ensure that its orders are consistent with the law of higher courts, the Court **GRANTS** the United
9 States's motion for consideration and **MODIFIES** its prior recommendation. The Court hereby
10 **RECOMMENDS** the Bureau of Prisons place Palacios in a Residential Reentry Center for the
11 maximum amount of time allowed by the law of the Supreme Court and the Ninth Circuit.

12 **IT IS SO ORDERED.**

14 **DATED: August 13, 2007**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**